■ ROBERT CRANDALL, Appellant, v. MASTER-EAGLE PHOTOENGRAVING CORP. et al., Respondents.— Order entered on January 4, 1961, granting defendants' motion for an order staying this action until arbitration is had of any dispute between the parties, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ NINA M. HARWOOD, Appellant, v. ADRIAN C. DOYLE, Individually and as Surviving Trustee under the Will of ARTHUR C. DOYLE, Deceased, Respondent.— Order entered on November 2, 1960, granting defendant's motion to vacate a warrant of attachment issued on April 26, 1960, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ NATHAN D. WOLF et al., Respondents, v. JACOB GOLD et al., Appellants. — Order entered on June 20, 1960, granting plaintiffs' motion to vacate defendants' notices of examination before trial of plaintiffs, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Order entered on June 20, 1960, granting plaintiffs' motion to vacate defendants' notices of examination before trial of two persons as witnesses who are not parties to the action, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ LYDIA E. RAMOS, Respondent, v. ROBERT R. RAMOS, Appellant.— Order entered on January 10, 1961, providing maintenance for the children of the parties and the support of plaintiff wife, *pendente lite,* and counsel fee, unanimously modified, on the law, on the facts and in the exercise of discretion, by eliminating the provision for support of the plaintiff and for counsel fee and providing for the payment by the defendant-appellant of the sum of $30 per week for the support of the children, and reserving the issues in respect of plaintiff's support and counsel fee to the trial court, and, as so modified, affirmed, without costs. At the time of the commencement of this action the parties were actually living together in the same apartment. (*Rothenberg* v. *Rothenberg,* 8 A D 2d 703.) Settle order on notice. Order entered on December 21, 1960, denying defendant's motion for reconsideration of plaintiff's motion for temporary alimony and counsel fee, unanimously affirmed, without costs. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ ANGELA POLO, Appellant, v. CITY OF NEW YORK, Defendant, and BESSIE WARNER et al., Individually and as Trustees under the Will of MOSES LEVY, Deceased, Respondents.— Order entered on September 10, 1959, granting defendants-respondents', Bessie Warner, Ralph Stuart and Dora Rhodes, motion to dismiss the complaint, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Order entered on September 30, 1960, denying plaintiff's motion to vacate the order filed September 10, 1959 which granted defendants', Bessie Warner, Ralph Stuart and Dora Rhodes, motion to dismiss the complaint, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.